ALOIS VICHEREK, as President of the Czechoslovak Red Cross, an Unincorporated Association, Appellant, v. JAN PAPANEK et al., Respondents.—

No opinion. Present — Glennon, J. P., Callahan, Van Voorhis and Shientag, JJ.

In the Matter of NERWAL REALTY CORP., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [360-370 9th Ave. and 358-372 W. 31st St., Borough of Manhattan.] — No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

PRUDENTIAL EXPORTERS CORPORATION, Appellant, v. SVIRSKY CLOTHING COMPANY, INC., Respondent, et al., Defendants.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 777.]

CLAIRE SHULMAN et al., Respondents, v. MARCUS LAZAROWITZ, Defendant, and SAMUEL KERSH, Appellant.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

## (November 23, 1951.)

METROPOLITAN OPERA ASSOCIATION, INC., et al., Respondents, and COLUMBIA RECORDS, INC., Intervener, Respondent, v. WAGNER-NICHOLS RECORDER CORP., et al., Appellants, et al., Defendants. —

Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 790.]

## (November 27, 1951.)

J. ARTHUR WARNER & Co., INCORPORATED, Appellant, v. HAROLD I. BAKER et al., Respondents, et al., Defendants.

*Per Curiam.* In this action to recover damages of $13,500 for the alleged breach of a contract of employment, certain of the defendants have been granted leave to serve an amended answer incorporating among other things, three defenses and counterclaims in favor of one of the moving defendants,